STATE v. LESANE

No. 202A00

Case below: 137 N.C.App. 234

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 15 June 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000.

STATE v. McNEILL

No. 484A95-2

Case below: Cumberland County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Cumberland County, denied 15 June 2000.

STATE v. OLLISON

No. 199P00

Case below: 137 N.C.App. 386

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000.

STATE v. PENN

No. 100P94-2

Case below: 113 N.C.App. 423

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 15 June 2000.

STATE v. PICKETT

No. 226P00

Case below: 137 N.C.App. 588

Conditional petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000. Conditional petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000. Petition by Attorney General for writ of supersedeas and motion for temporary stay denied 15 June 2000. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000.